```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20191
   CHARLES H ORR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0206


--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/01/2008 and was confirmed 11/03/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   8.00%.

     The case was converted to chapter 7 after confirmation 11/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          1219.66           .00            .00
POPULAR MORTGAGE SERVICI  CURRENT MORTG          .00           .00            .00
POPULAR MORTGAGE SERVICI  SECURED NOT I    29771.05           .00            .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC    16337.44           .00         768.95
ROBERT J ADAMS & ASSOC    PRIORITY         NOT FILED          .00            .00
ADT SECURITY SERVICES     UNSECURED        NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00            .00
CAPITAL ONE               UNSECURED          319.79           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         5493.86           .00            .00
CITIBANK                  UNSECURED        NOT FILED          .00            .00
CITIBANK                  UNSECURED        NOT FILED          .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         2801.81           .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED         2838.26           .00            .00
HARRIS BANK               UNSECURED        NOT FILED          .00            .00
PROVIDIAN BANK            UNSECURED        14289.38           .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT        6.33           .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN                TRUSTEE                                          62.05
DEBTOR REFUND             REFUND                                          554.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,385.00

PRIORITY                                       .00
SECURED                                     768.95
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         62.05

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 20191 CHARLES H ORR
```

```
DEBTOR REFUND                                                554.00
                                     ---------------   ---------------
TOTALS                                     1,385.00          1,385.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE